```
                                            FILED
                                      JUDGMENT ENTERED

                                        August 16, 2005

                               by ____G. Lucas_____
                                          Deputy Clerk
                                      U.S. District Court
                                Eastern District of California
                                __X__    FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

THE HARTFORD CASUALTY
INSURANCE COMPANY,

    Plaintiff,

vs.                     **JUDGMENT IN A CIVIL ACTION**

                          1:05-cv-234 OWW LJO

CHRISTIE HENDRICKS, et al.,

    Defendant.
_____/

    DECISION BY COURT:   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that: 1) Plaintiff's request for declaratory relief is denied; 2) Plaintiff's request that the district court enjoin defendants from proceeding with the arbitration of this dispute is denied; 3) Plaintiff's request for Rule 11 sanctions against the defendants is denied; 4) Defendants' motion to compel arbitration is granted; 5) Defendants' request for Rule 11 sanctions against plaintiff is denied; 6) Dorothy Wyatt's motion to dismiss is granted and she is dismissed as a defendant

DATED:  August 16, 2005

                                          JACK L. WAGNER, Clerk

                              By:   /s/ GREG LUCAS
                                       Deputy Clerk

jgm.civ
2/1/95